IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES PICKETT, | § | |
| | § | No. 211, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1905000742 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: September 9, 2024
Decided: September 17, 2024

## ORDER

On August 13, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, James Pickett, because he had not filed an opening brief by the August 9, 2024 deadline set by the Court. On August 22, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to Pickett directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. The appellant received the notice on August 27, 2024. A timely response to the notice was due on or before September 6, 2024. To date, Pickett has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice